IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

VENCIL LEO ASH III,

Petitioner,

vs.

Respondent.

**8:26CV506**

**MEMORANDUM AND ORDER**

This matter is before the Court on its own motion. On September 4, 2026, Petitioner Vencil Leo Ash III, through a family member,[1] filed with the Court a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 and paid the $5.00 filing fee. Filing No. 1. Petitioner has another pending habeas case in this Court—Case No. 8:25CV350—in which the Court ordered Petitioner to file an amended petition by April 23, 2026. Filing No. 6, Case No. 8:25CV350. Petitioner has a pending motion to extend that April 23, 2026, deadline in Case No. 8:25CV350. *See* Filing No. 8, Case No. 8:25CV350. Both the present petition and the petition in Case No. 8:25CV350 challenge Petitioner's 2015 conviction for first degree murder in District Court of Kimball County, Nebraska, case number CR11-50. *Compare* Filing No. 1 *with* Filing No. 1, Case No. 8:25CV350. Thus, upon examination, the Court believes Petitioner's pleading in the present case is more properly construed as an amended and supplemental petition for filing in Case No. 8:25CV350. Accordingly,

[1] The petition is signed by Petitioner's sister who indicates Petitioner "couldn't get pap[er] copy in the prison and asked us to get it filed . . . ." Filing No. 1 at 15.

IT IS ORDERED that:

1. The Clerk of the Court is directed to close this case for statistical purposes.

2. The Clerk of the Court is directed to file Petitioner's habeas petition, Filing No. 1, as an amended and supplemental petition in Case No. 8:25CV350.

3. To avoid confusion in the future, any document Petitioner sends to the Court for filing must include the correct case number (i.e., 8:25CV350).

Dated this 18th day of September, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge